## (April 26, 1976)

FRANK BERANEK et al., Appellants, v XEROX CORPORATION, Respondent.—In an action *inter alia* to recover damages for breach of contract and for an accounting, plaintiffs appeal from an order of the Supreme Court, Nassau County, entered October 22, 1975, which, *inter alia,* granted defend-

ant's motion for summary judgment. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Niehoff at Special Term. Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.